ORIGINAL

FILED

JUN 12 2015

U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

Chelsea L. Davis
~~STATE OF TEXAS~~

v.

UNITED STATES OF AMERICA

NO. 15-598 C

**JURY TRIAL DEMANDED**

**COMPLAINT**

I certify the following list includes persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations and/or other legal entities who or which are financially interested in the outcome of: *Chelsea L. Davis v. McKool Smith P.C., State Bar of Texas, Baker Botts LLP, Asarco LLC, Leslie D. Ware, PanOptis LLP, Harlan R. Crow, Crow Holdings Capital Partners LLC, Samuel F. Baxter, Mark Werbner, Sayles Werbner P.C., C. Roderick Phelan, Lawrence J. Friedman, Chief Disciplinary Counsel Linda Acevedo, Robin Case, Ben Selman, Susan Farris, Edgar Nace, Jaye Crowder, Eric Aguilar, Dallas County, Collin County, Travis County, The Town of Highland Park, The Town of Addison, Texas Health Presbyterian Hospital Dallas, Southern Methodist University, Angeline Bain, Brian Lidji, Emily Tobolowsky, Jill Willis, Pershing Square Capital Management LP, Hayman Capital Management LP, Carlson Capital LP, Kynikos Associates LP, Omega Advisors Inc., Colt Ventures, and Dallas Cowboys Football Club, Ltd.*, 1:15-cv-00341-SLR (D. Del. opened April

29, 2015). The Severed "Action(s)" are severed from or from which severed is the State Bar of Texas investigation (brought in Complaint, as shown in Index of Confidential Information at "Appendix" No. 115cv341) in *Chelsea L. Davis v. McKool Smith P.C. et al,* 1:15-cv-341 (D.Del. opened April 29, 2015) (cited herein in this Document on this Page 1 to be identified later by Document number and Page ID number or in Index of Confidential Information at new "Appendix" No. _______ only for the limited purposes recited herein or not at all or otherwise).

The undersigned certifies that the following listed persons and entities have an interest in the outcome. These representations are made in order that the judges/justices of this Court or those later appointed following recusal may evaluate possible disqualification or recusal and "transfer" by Local Administrative Judge or other. The United States District Court for the District of Delaware is herein referred to as "this Court." The United States District Court for the Eastern District of Virginia is also herein referred to as "this Court" because it appears that transfer to/filing in/origination in is possible or may have occurred in this Court, which is the location of the United States Patent and Trademark Office, or that Court. The following persons and entities may have a financial interest in addition to myself/relator/petitioner/Appellant Chelsea L. Davis: The United States of America, its officers, the State of Texas, which may be served through Attorney General Ken Paxton or another at 300 W. 15th St., Austin, TX 78701 or wherever it may be found, and the public.

I declare under penalty of perjury that the undersigned is a licensed attorney in good standing authorized to represent the party in all matters before the agency and judicial forum and on appeal. Under 5 U.S.C. Sec. 500(b), I may represent a person before an agency on filing with the agency a written declaration that I am currently qualified as provided by this subsection and is authorized to represent the particular person on whose behalf I act.

## Claim for Conversion

Plaintiff assert state law or common law claim for Conversion against Defendant, which is the unauthorized assumption and exercise of the right of ownership over Texas property belonging to Plaintiff to the exclusion of the owner's rights. To state a claim of conversion, Plaintiff alleges that (1) the party charged has acted without authorization, (2) exercised dominion or a right of ownership over property belonging to another, (3) the rightful owner makes a demand for the property, and (4) the demand for the return is refused. Defendant has acted without authorization, exercised dominion or a right of ownership over property belonging to another, the rightful owner made a demand for the property, and Defendant refused to return the property.

## Claim for Unjust Enrichment

Plaintiff asserts state law claim for a finding of unjust enrichment against Defendant for a finding of a constructive trust on Texas property. Unjust enrichment is a quasi-contractual

remedy, so that such a claim is ordinarily unavailable when a valid and enforceable contract governing the same subject matter exists. Indeed, the United States Court of Appeals for the Second Circuit has held that the existence of a written agreement precludes a finding of unjust enrichment and constructive trust. If Defendant's oath is not a written agreement, then Plaintiff asserts a claim for a finding of unjust enrichment against Defendant.

I consent for the United States Court of Federal Claims (herein referred to as "this transferee Court") to transfer to this transferee Court. *See* FED. R. CRIM. P. 20(a).

By filing this Document, I hereby file a certified copy of Defendant's statement in this transferee Court and in the transferee district: "Under Rule 20(a) of the Federal Rules of Criminal Procedure, a "prosecution" is transferred from the "district" where the "complaint" is pending, or from which a "warrant" on a "complaint" has been issued or is sought to be issued, to the district where the Defendant is arrested, held, or present. The Defendant states in writing he wishes to plead guilty or nolo contendere and to waive trial in the district where the "prosecution" is pending, where the "Complaint" is pending, consents in writing to the court's disposing of the "case" in this transferee Court, himself then and there to answer the State of Texas for an offense against the laws of the State of Texas, to-wit, Terroristic Threat as defined in Texas Penal Code Section 22.07(a)(6), a Third Degree Felony, of which he is accused by the written "Complaint" under "oath" or "affirmation" of "Texas Department of Public Safety Special Agent Joshua O. Ray," "filed" in "The District Court of Travis County, Texas," and hereby files the statement in this transferee Court; and (2) the United States attorneys in both districts hereby approve the transfer in writing."

By filing this Document, I hereby file the original and two certified copies of the approval of this transfer by the United States attorney in the Southern District of Texas to and in this transferee Court and in the transferee district. By filing this Document, I hereby file the original and two certified copies of the approval of this transfer by the United States attorney in the District of Columbia to and in this transferee Court and in the transferee district.

As the United States attorneys in both districts approve, approval is hereby made of the transfer in writing. The clerk(s) where the "indictment(s)", "information(s)," or "complaint(s)" is/are "pending" must send the "file," or a "certified copy," to the clerk in the transferee district in this transferee Court. After hereby receiving the Defendant's statement and the required approvals upon filing herein in this transferee Court or otherwise, the clerk(s) where the files are pending hereby or later or otherwise as decided by the clerk(s) sends the file, or a certified copy, and request for such is hereby made in this case by this transferee Court to the clerk(s). One of the transferor courts is The District Court of Travis County, Texas, where "Warrant of Arrest" was marked by Justice of the Peace, Precinct 5, Travis County, Texas ("Rec. Bond $3500") and Magistrate.

If the Defendant pleads not guilty after the "case" has been hereby transferred under Rule 20(a) of the Federal Rules of Criminal Procedure, the clerk of this transferee Court must return the Complaint, Warrant of Arrest, Officer's Return, executed, filed and entered Documents, all bond payments and money deposited into the courts's registry, fees, other expenses and costs to Chelsea L. Davis as specified in her Index of Confidential Information, Application(s), and Bill(s) of Costs, which are incorporated herein by reference, along with certain attachments thereto, which may be attached hereto at any time and which are also incorporated herein by

reference. The Defendant's statement that the Defendant wished to plead guilty or nolo contendere is not, in any civil or criminal proceeding, admissible against another. Civil Cover Sheets are attached and incorporated herein by reference. See Index of Confidential Information and summary attached for a checked list of documents.

**NOTICE OF CONSTITUTIONAL CHALLENGE**

The bigger picture MAJOR PROBLEM concerns the Office of the Attorney General. The Judiciary Act of 1789, ch. 20, sec. 35, 1 Stat. 73, 92-93 (1789) created the Office of the Attorney General. Originally, the Attorney General was to be "learned in the law" with the duty "to prosecute and conduct all suits in the Supreme Court in which the United States shall be concerned, and to give his advice and opinion upon questions of law when required by the President of the United States, or when requested by the heads of any of the departments, touching any matters that may concern their departments." Id. In this role, the Attorney General could challenge the Constitutionality of any law passed by the Executive or Legislative branches of government in the United States Supreme Court, which, for nearly one-hundred years, provided a Judicial threat and check on executive and legislative actions.

Unfortunately, on July 1, 1870, Congress replaced the Office of the Attorney General, which served as the Judicial Branch of government in the United States, with the Department of Justice, created under the Executive Branch of the federal government. Ch. 150, 16 Stat. 162 (1870). As "an executive department of the government of the United States," with the Attorney General as its head, the Attorney General is without intended judicial power. The 1870 Act gave

the Department of Justice control over all criminal prosecutions and civil suits in which the United States (or the President) has an interest. In addition, the 1870 Act gave the Attorney General ***and*** the Department of Justice control over federal law enforcement. Instead, the Attorney General was supposed to remain separate as the independent headMaster Barrister of the Judicial Branch to opine on laws and law enforcement to the Supreme Court in lawsuits, and the Department of Justice was supposed to be created to prosecute and defend criminal prosecutions and civil suits on behalf of the United States. The 1870 Act is the foundation upon which the Department of Justice still rests. However, the structure of the Department of Justice has changed over the years, with the addition of the Deputy Attorneys General and the formation of the Divisions. Certain Divisions are supposed to be organized under the Judicial Branch, not the Executive Branch, in Article I courts as an expansion of the check on the Constitutionality of legislative action/inaction/regulatory authority and in Article III courts as an expansion of the check on the Constitutionality of other government action/inaction/regulatory authority. Since we essentially do not have a Judicial Branch of government with proper judicial power, we continue to get 30,000 new laws per year while none of the old ones or the ones that do not work are exposed and struck as unconstitutional, and our One-Thousand page laws that no one reads do things like award Ten Million Dollar ($10,000,000) prizes to anonymous government subcontractors of private sector entities because Congress is confused about the roles of Article I and Article III courts.

## CONCLUSION

I seek damages in this case because I seek injunctive and declaratory relief and other relief in separate cases, which will be clarified upon amendment to each complaint, which right

to amend is reserved. I assert state law causes of action arising out of contract or quasi-contract or in rem, not arising in tort. I apply for injunctive relief to enjoin the further stay of state court proceedings/matters, if any, in state and federal courts so that civil actions may proceed (i.e. to lift the stay of state court proceedings/matters, which stay appears to have been previously instituted on the merits for all purposes in disciplinary matter or otherwise.

I pray that this Court act itself sua sponte to expunge and void all matters, actions and proceedings alleged to have been brought against me, under the State Bar Act, Texas Rules of Disciplinary Procedure, Internal Procedural Rules of the Board of Disciplinary Appeals or other rule, including all grievances, complaints and alleged unauthorized investigations, including any fraudulent evidentiary petitions and fraudulent orders of capias against me for contempt, failure to pay child support and/or failure to appear, for the limited purpose of immediately providing me with my certified disciplinary history, to the extent necessary to prevent maintenance of any state court disciplinary proceedings against me, and to ensure jurisdiction remains in federal, not state, courts. I provide mandatory judicial notice of the stay on the merits for all purposes (which must be void here and limited to disciplinary matters) and abatement of all or that portion of state and federal "actions," matters or "proceedings" in Texas (which were disciplinary and could not have been cases there or otherwise) in favor of this federal proceeding and the underlying pending lawsuit in *Chelsea L. Davis v. McKool Smith P.C et al,* 1:15-cv-341 (D.Del.

opened April 29, 2015) (transferred to the United States Court of Federal Claims or other or not or transfer vacated or back or never left), or other, into which or with the unabated severed "action(s)" is/are consolidated, severed from *Chelsea L. Davis v. McKool Smith P.C et al,* 1:15-cv-341 (D.Del. opened April 29, 2015) and/or transferred in by necessity.

All persons named herein in opposition to my interests should be sanctioned for professional misconduct and should be ordered to show cause as to why sanctions should not be granted against them. I reserve attorneys' rights to submit separate applications for attorney fees in excess of $10,000 or $75,000.

WHEREFORE, I pray that the necessary court take mandatory judicial notice of the filing of this document upon filing by clerk or another in correct court and issue my requested writs so that a jury trial is held in related/underlying/transferred/consolidated actions so that I have and recover undisputed possession of my Texas law license to put me in possession; where I have an undisputed right to exercise the functions of an office, I be put in actual and undisputed possession; to the extent I was illegally ousted or suspended from the performance of my duties, I be restored to my rights as such officer by a writ of mandamus; and writs, declaratory judgment and/or injunctive relief be issued and judgment appropriately entered (or whatever the proper procedure is) to confirm that the stay on the merits for all purposes is lifted such that I may proceed in one or more of the United States Court of Federal Claims, the United States District

Court for the District of Delaware, the United States District Court for the Eastern District of Virginia and/or other necessary trial and/or appellate courts to obtain all other relief in law and in equity to which I am justly entitled.

## SIGNATURE

Dated: June 12, 2015

Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis
U.S. Reg. No. 63,791
MAILING ADDRESS:
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: 469-426-5850
Fax: 469-533-0466
cdavis@chelseadavispc.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with United States Attorneys who consent to transfer to the United States Court of Federal Claims.

/s/Chelsea L. Davis
Chelsea L. Davis

## CERTIFICATE OF SERVICE

I hereby certify that this Document was filed electronically in paper and served on all pro-se parties and counsel of "record" on this the 12th day of June, 2015.

Filed/Dated: June 12, 2015

/s/Chelsea L. Davis
Chelsea L. Davis

## DECLARATION

I declare under penalty of perjury that the undersigned is a licensed attorney in good standing authorized to represent the party in all matters before the agency and judicial forum and on appeal.

Filed/Dated: June 12, 2015 /s/Chelsea L. Davis
Chelsea L. Davis

**CERTIFICATE OF SERVICE**

Pursuant to Tex. R. Civ. P. 21, this is to certify that a true and correct copy of this instrument is being filed electronically, sent concurrently to counsel of "record" by electronic filing service provider as permitted by Tex. R. Civ. P. 21a, in accordance with court ordered substitution of service, or electronically submitted to the clerk using the electronic case filing system. I hereby certify that I have served this instrument on all "counsel" and/or pro se "parties" of "record" electronically by email, by email and facsimile to the Chief Disciplinary Counsel or Office of Chief Disciplinary Counsel, or, as a pro-se party, on the date it is electronically docketed in the entity/court's CM/ECF filing system, as authorized by the Federal Rule of Civil Procedure 5(b)(2), the Local Rules for the United States District Court for the Eastern District of Texas or other rules. I certify that on this date a true and correct copy of the foregoing instrument was properly forwarded to the above counsel of "record" in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure.

Filed/Dated: June 12, 2015 /s/Chelsea L. Davis
Chelsea L. Davis

**CERTIFICATE OF ATTORNEY**

I, Chelsea L. Davis, state under oath that I have read the above document and certify that it is true and correct.

Filed/Dated: June 12, 2015

/s/Chelsea L. Davis
Chelsea L. Davis

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document contains 2939 words and complies with the type-volume limitation of the Federal Rules of Civil/Appellate Procedure.

Filed/Dated: June 12, 2015

/s/Chelsea L. Davis
Chelsea L. Davis